UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CIRON BENTAY SPRINGFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MOORE, Chief Deputy Warden; et al.,<br><br>        Defendants.<br>_____/ | No. 14-cv-5676 LB<br><br>**ORDER FURTHER EXTENDING DEADLINES AND REQUIRING STATUS REPORT**<br><br>[Re: ECF No. 24] |

    The defendants' second request for an extension of the deadline to file their motion for summary judgment or other dispositive motion is GRANTED. (ECF No. 24.) The court now sets the following new briefing schedule for motions for summary judgment and other dispositive motions: No later than **January 15, 2016**, the defendants must file and serve any motion for summary judgment or other dispositive motion. No later than **February 12, 2016**, the plaintiff must file and serve his opposition to the motion for summary judgment or other dispositive motion. No later than **February 26, 2016**, the defendants must file and serve their reply brief, if any.

    The reason for the defendants' requested extension of the deadline is that the plaintiff is unavailable for a deposition because he is currently housed in a mental health crisis bed, as he has been since July 2015. So that the court may determine whether some other approach is preferable to

repeated extensions of the deadlines, the court requests that defense counsel provide a short status report no later than **December 11, 2015**, explaining whether the plaintiff is still in the mental health crisis bed (or other housing situation that precludes his deposition) and whether there is any expected time for his return to a custody status that would allow him to be deposed and prosecute this action. *See generally Davis v. Walker*, 745 F.3d 1303, 1310-12 (9th Cir. 2014) (discussing considerations for protecting the interests of the incompetent litigant).

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
LAUREL BEELER
United States Magistrate Judge